IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARSHALL KEESE, | Case No.: 2:20-cv-01219-NIQA |
| Plaintiff, | |
| v. | Honorable Nitza I. Quiñones Alejandro |
| FRONTIER AIRWAYS, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties bear their own respective costs and attorney's fees.

DATED this 7th day of October, 2021.

| | |
|---|---|
| *//s// Richard J. Margolis//s//* | /s/*Matthew D. Martin* |
| Richard J. Margolis, Esquire | Brian T. Maye (*pro hac vice*) |
| MARGOLIS EDELSTEIN | Matthew D. Martin (*pro hac vice*) |
| The Curtis Center, St.400E | ADLER MURPHY & MCQUILLEN LLP |
| 170 S. Independence Mall W. | 20 S. Clark St., Suite 2500 |
| Philadelphia, PA. 19106 | Chicago, IL 60603 |
| Telephone: (215)931-5851 | Telephone: (312) 345-0700 |
| Facsimile: (215)922-1772 | Facsimile: (312) 345-9860 |
| Counsel for Plaintiff, | Email: bmaye@amm-law.com |
| Marshall Keese | Email: mmartin@amm-law.com |
| | |
| | SKINNER LAW GROUP |
| | Laurie Alberts Salita (PA ID. 87884) |
| | Mackenzie W. Smith (PA ID. 306685) |
| | 101 Lindenwood Dr. |
| | Suite 225 |
| | Malvern, PA 19355 |

484-875-3159 (telephone)
salita@skinnerlawgroup.com
smith@skinnerlawgroup.com

COUNSEL FOR DEFENDANT
FRONTIER AIRLINES, INC.